1088

No. 80–5627.  MILES *v.* THOMPSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 80–5629.  BARNES *v.* CUPP, PENITENTIARY SUPER- INTENDENT.  Ct. App. Ore.  Certiorari denied.

No. 80–5634.  HENDERSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 80–5636.  MITCHELL *v.* SMITH, CORRECTIONAL SUPER- INTENDENT, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 80–5639.  HAMMITT *v.* CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 80–5641.  DOE *v.* WEST ET AL.  C. A. 7th Cir.  Certi- orari denied.

No. 80–5646.  SMITH *v.* WOODARD ET AL.  C. A. 4th Cir. Certiorari denied.

No. 80–5650.  GONZALEZ *v.* HAMMOCK, CHAIRMAN, NEW YORK STATE BOARD OF PAROLE.  C. A. 2d Cir.  Certiorari denied.

No. 80–5652.  ARTHUR *v.* GEORGIA.  Ct. App. Ga.  Certi- orari denied.

No. 80–5654.  WILLIAMS *v.* KENTUCKY.  Sup. Ct. Ky. Certiorari denied.

No. 80–5657.  BARNER *v.* STEPHENSON, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–5666.  PHARR *v.* ISRAEL, WARDEN.  C. A. 7th Cir. Certiorari denied.